UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN PHOEN, an individual,

    Plaintiff(s),

v.

LIVERAMP HOLDINGS, INC., d.b.a. LIVERAMP, a Delaware corporation, and Does 1-10,

    Defendant(s).

Case No. 4:22-cv-05386-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, James M. Gary, an active member in good standing of the bar of Arkansas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: LIVERAMP HOLDINGS, INC. in the above-entitled action. My local co-counsel in this case is Brian J. Wagner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 239981.

| | |
|---|---|
| Kutak Rock LLP<br>124 West Capitol Avenue, Suite 2000<br>Little Rock, AR  72201-3740<br>MY ADDRESS OF RECORD | Kutak Rock LLP<br>5 Park Plaza, Suite 1500<br>Irvine, CA  92614<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (501) 975-3140<br>MY TELEPHONE # OF RECORD | (949) 417-0999<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| James.gary@KutakRock.com<br>MY EMAIL ADDRESS OF RECORD | Brian.wagner@KutakRock.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 80051.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court no times in the 12 months preceding this application.



Case 4:22-cv-05386-HSG   Document 18   Filed 01/03/23   Page 2 of 3

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2023            /s/ *James M. Gary*
                                  APPLICANT
                                  James M. Gary

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  James M. Gary  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    1/3/2023

_____
UNITED STATES DISTRICT JUDGE

Updated 11/2021                                    2



*Supreme Court*

# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that James Matthew Gary was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 5, 1980 and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 16th day of December, 2022.



KYLE E. BURTON
(CLERK)

By _____
Deputy Clerk