UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PHOEN,<br><br>         Plaintiff,<br><br>   v.<br><br>LIVERAMP HOLDINGS, INC.,<br><br>         Defendant. | Case No. 22-cv-05386-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on January 10, 2023. Having considered the parties' proposal, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 3, 2023 |
| Close of Fact Discovery | August 25, 2023 |
| Exchange of Opening Expert Reports | September 1, 2023 |
| Exchange of Rebuttal Expert Reports | October 2, 2023 |
| Close of Expert Discovery | October 12, 2023 |
| Dispositive Motion Hearing Deadline | October 19, 2023, at 2:00 p.m. |
| Pretrial Conference | February 13, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | February 26, 2024, at 8:30 a.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This terminates Dkt. No. 23. The parties are further **DIRECTED** to file a revised stipulation and proposed order selecting an ADR process and a deadline by which ADR should occur, to correct Dkt. No. 21.

**IT IS SO ORDERED.**

Dated:   2/6/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California