1   RORY C. QUINTANA, Bar No. 258747
    rory@qhplaw.com
2   QUINTANA HANAFI, LLP
    1939 Harrison St., Ste. 202
3   Oakland, California  94612
    Telephone:    415.504.3121
4   Facsimile:    415.233.8770

5   *Attorneys for Plaintiff*
    *Karen Phoen*

6
    KUTAK ROCK LLP
7   James M. Gary,  *Admitted Hac Vice*
    One Union National Plaza
8   124 W. Capitol Ave., Ste. 2000
    Little Rock, AR 72201
9   Email:  Jim.Gary@KutakRock.com
    Brian J. Wagner (SBN 239981)
10  5 Park Plaza, Suite 1500
    Irvine, CA 92614
11  Email:  Brian.Wagner@KutakRock.com

12  *Attorneys for Defendant*
    *Liveramp Holdings, Inc*

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17  KAREN PHOEN, an individual,           Case No.  **4:22-cv-05386-HSG**

18                    Plaintiff           **STIPULATION FOR LEAVE OF COURT TO
                                          FILE FIRST AMENDED COMPLAINT AND**
19        vs.                             **ORDER**

20

21  LIVERAMP HOLDINGS, INC., d.b.a.
    LIVERAMP, a Delaware corporation, and
22  DOES 1-10 inclusive
                          Defendant
23

24

25

26

27

28

**<u>STIPULATION</u>**

This Stipulation is made and entered into between Plaintiff Karen Phoen (herein "Plaintiff") and Defendant, LiveRamp Holdings, Inc. d.b.a. Liveramp (herein "Defendant") (herein collectively "the Parties"), by and through their respective counsel, with reference to the following.

1.      WHEREAS, on September 21, 2022, Plaintiff filed her initial Complaint in the above referenced matter with this Court;

2.      WHEREAS, on January 3, 2023, Defendant informed Plaintiff that Plaintiff had incorrectly named Defendant as the LiveRamp Holdings, Inc., rather than LiveRamp, Inc.;

3.      WHEREAS, counsel for Plaintiff requested that the Parties discuss settlement prior to amending the complaint and the parties thereafter did discuss settlement prior to agreeing to amend the Complaint;

4.      WHEREAS, between January 3, 2023, and March 3, 2023, the Parties met and conferred regarding the correct name of the Defendant, specifically because Plaintiff needed further information regarding the proper name of Defendant as Plaintiff's offer letter was from LiveRamp Holdings, Inc. and her paystubs reflected LiveRamp, Inc.;

5.      WHEREAS, counsel for Defendant informed counsel for Plaintiff that the proper Defendant was LiveRamp, Inc. regardless of the party named on Plaintff's offer letter and paystubs;

6.      WHEREAS, on March 14, 2023, the Parties agreed to stipulate to Plaintiff filing a First Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit A.  This stipulation only goes to the filing of a First Amended Complaint, and, by so stipulating, neither Defendant nor LiveRamp, Inc. admits the allegations or averments contained in the First Amdned Complaint and reserves all rights and defenses as to same.

IT IS FURTHER STIPULATED that Defendant will have twenty-one (21) days of the First Amended Complaint being filed to file a responsive pleading.

IT IS SO STIPULATED.

1   Dated:     March 28, 2023

2

3                                              */s/James M. Gary*
                                               KUTAK ROCK LLP
4                                              James M. Gary,  *Admitted Hac Vice*

5   Dated:     March 28, 2023

6

7                                              */s/Rory C. Quintana*
8                                              Rory C. Quintana
                                               QUINTANA HANAFI, LLP
9                                              Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court having considered the stipulation of the parties, and good cause appearing

therefore, orders as follows:

1.  Plaintiff Karen Phoen may file the proposed FIRST AMENDED COMPLAINT attached to

the stipulation above.

IT IS SO ORDERED.


Dated:  3/29/2023

UNITED STATES DISTRICT COURT JUDGE
HON. HAYWOOD S. GILLIAM, JR.