UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN PHOEN,

        Plaintiff,

v.

LIVERAMP HOLDINGS, INC., et al.,

        Defendants.

Case No. 22-cv-05386-HSG

**AMENDED SCHEDULING ORDER**

The parties have filed a stipulation to modify the scheduling order. *See* Dkt. No. 35. Having considered the parties' proposal, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Non-Expert Discovery Cut-Off | October 27, 2023 |
| Non-Expert Discovery Motion Hearing Deadline | November 9, 2023, at 2:00 p.m. |
| Expert Disclosures | November 13, 2023 |
| Expert Witness Reports | November 27, 2023 |
| Rebuttal Expert Disclosures | December 18, 2023 |
| Rebuttal Expert Witness Reports | December 18, 2023 |
| Dispositive Motion Hearing Deadline | January 25, 2024, at 2:00 p.m. |
| Pretrial Conference | April 30, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | May 13, 2024, at 8:30 a.m. |

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This
3  terminates Dkt. No. 35.

**IT IS SO ORDERED.**

Dated: 6/22/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge